UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELIZABETH HERNANDEZ,

                          Plaintiff,                                  **ORDER**

                                                                    25-CV-5264

           -against-                                     (Marutollo, M.J.)

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
------------------------------------------------------------------------X
**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

        On September 16, 2025, Plaintiff Elizabeth Hernandez, filed this *pro se* action. See Dkt. No. 1. This case was assigned to the undersigned pursuant to the Court's Direct Assignment Program and Eastern District of New York Administrative Order 2025-14. On October 20, 2025, upon the parties' consent to magistrate judge jurisdiction, this action was reassigned to the undersigned for all proceedings. See Dkt. Nos. 6, 7.

        Upon review of Plaintiff's submission, *see* Dkt. No. 2, her application to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915, is granted.

        Accordingly, the Clerk of Court is respectfully directed to send a courtesy copy of this Order to Plaintiff by First-Class Mail.

                                                                         **SO ORDERED.**

Dated: Brooklyn, New York
           November 6, 2025

                                                   */s/ Joseph A. Marutollo*
                                                   JOSEPH A. MARUTOLLO
                                                   United States Magistrate Judge