UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ELIZABETH HERNANDEZ,

              Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,
              Defendant.
--------------------------------------------------------X

Civil Action
1:25-cv-05264

(Marutollo, M.J.)

## STIPULATION AND ORDER FOR REMAND

The parties, through their attorneys, stipulate and agree that this Court reverse and remand the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). The parties stipulate and agree that on remand the portion of the prior decision finding Plaintiff disabled beginning on August 22, 2023 shall be affirmed. With respect to the period from plaintiff's alleged onset date of January 1, 2020, through August 21, 2023 the day before Plaintiff's established onset of disability, the Commissioner will remand for further proceedings, take further action to complete the administrative record, and issue a new decision.

The Clerk of the Court shall enter judgment in this case once this Stipulation and Order has been signed and so ordered by the Court.

Dated: June 3, 2026

/s/Charles E. Binder
Charles E. Binder
Law Office Charles E. Binder and Harry J. Binder
485 Madison Ave. Suite 501
New York, NY 10022
212-677-6801
Email: Fedcourt@binderlawfirm.com

JOSEPH NOCELLA, JR
United States Attorney
Eastern District of New York

/s/ Christopher Hurd
Christopher Hurd
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-2059
christopher.hurd@SSA.gov

SO ORDERED

*Joseph A. Marutollo*

HONORABLE JOSEPH A. MARUTOLLO
UNITED STATES MAGISTRATE JUDGE