UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ELIZABETH HERNANDEZ,
                              Plaintiff,

                                                    Civil Action No. 1:25-cv-05264-JAM

            v.

COMMISSIONER
OF SOCIAL SECURITY,

                              Defendant
-----------------------------------------------------------------X

**STIPULATION AND ORDER FOR ALLOWANCE OF FEES UNDER
THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920**

**IT IS HEREBY STIPULATED** by and between Christopher Hurd, Special Assistant

United States Attorney, for Joseph Nocella, Jr., the United States Attorney for the Eastern

District of New York, attorneys for the defendant herein, and Charles Binder, Esq., attorney for

the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the

amount of **$9,554.30**  pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in

full satisfaction of any and all claims under the EAJA.  The attorney fees may be paid to

Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff

owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset

Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount

of **$0.00** as the case was filed *in forma pauperis*.

Dated: 6/9/2026

By:   */s/Christopher Hurd*          By:   */s/Charles E. Binder*
      Christopher Hurd                      Charles E. Binder

Special Assistant United States Attorney    Attorney for Plaintiff
Western District of New York                Law Office Charles E. Binder and Harry J.
Office of Program Litigation, Office 2      Binder
Office of the General Counsel               485 Madison Ave. Suite 501
Social Security Administration              New York, NY 10022
6401 Security Boulevard                     212-677-6801
Baltimore, MD 21235                         Email: Fedcourt@binderlawfirm.com
(212) 264-2059
Email: christopher.hurd@ssa.gov

**SO ORDERED:**

_____Joseph A. Marutollo_____          June 9, 2026

**HONO ᴬᴮᴸᴱ JOSEPH A. MARUTOLLO**
**UNITED STATES MAGISTRATE JUDGE**